UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Mahmud Chowdhury

Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-CR-    ( )( )

Defendant __Mahmud Chowdhury__ hereby voluntarily consents to participate in the following proceeding via _x_ videoconferencing or _x_ teleconferencing:

__X__   Initial Appearance Before a Judicial Officer

__X__   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__X__   Bail/Detention Hearing

__X__   Conference Before a Judicial Officer

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)
**Mahmud Chowdhury**
Print Defendant's Name

_____
Defendant's Counsel's Signature

**George A. Farkas**
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2·18·2021
Date

_____
U.S. District Judge/U.S. Magistrate Judge